O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 05-0009 DDP |
| Plaintiff, | ) | |
| | ) | ORDER OF DETENTION |
| v. | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| ANDREA MARIE MENDEZ, T/N ANDREA MARIA MENDEZ, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Dean D. Pregerson, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that:

A. (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's lack of sufficient bail resources, lack of a stable residence, and minimal ties to the local community; and

B. (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, her history of substance

1 | abuse involving illegal drugs, her history of parole violations, and her
2 | extensive criminal history, which includes continuing to commit crimes while
3 | on supervised release or parole.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 12, 2007     /s/   ARTHUR NAKAZATO
                         ARTHUR NAKAZATO
                         UNITES STATES MAGISTRATE JUDGE